DISTRICT OF OREGON
**F I L E D**
**October 17, 2014**
**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Out of District Bankruptcy Case,<br><br>Debtor.<br><br>BANK OF THE CASCADES, an Oregon State chartered bank,<br><br>Plaintiff,<br>v.<br><br>D. MICHAEL ROMANO, an individual,<br><br>Defendant. | Chapter 11<br><br>Case No. 00-99999-rld<br><br>Adversary Case No. No. 14-03200-rld<br><br>ORDER GRANTING MOTION FOR REMAND AND DENYING MOTION FOR CHANGE OF VENUE |

A hearing was held on October 16, 2014, on plaintiff Bank of the Cascades' ("BOTC's") Motion for Remand [Docket No. 17] and defendant D. Michael Romano's Motion for Change of Venue [Docket No. 18]. BOTC appeared through its counsel, Craig G. Russillo of Schwabe, Williamson & Wyatt PC; Mr. Romano appeared through his local counsel, Anthony J. Dal Ponte of Samuels Yoelin Kantor LLP, with M. Preston Gardner of Davis Miles McGuire Gardner, PLLC (admitted *pro hac vice*), appearing telephonically.

The Court considered all documents submitted in connection with the above motions and the records herein, and heard oral argument from counsel for the parties. Findings of fact and conclusions of law were stated orally on the record after the close of oral argument. In accordance with the findings of fact and conclusions of law, it is hereby

ORDERED that: (1) BOTC's Motion for Remand [ Docket No. 17] is GRANTED, and this matter is remanded back to Circuit Court for the State of Oregon for the County of Deschutes; and (2) Mr. Romano's Motion for Change of Venue [Docket No. 18] is DENIED.

###

I hereby certify that I have complied with requirements of LBR 9021-1(a)(2)(A).

Presented by:

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/ Craig G. Russillo
Craig G. Russillo
crussillo@schwabe.com
Telephone: 541.749.4044
Of Attorneys for Bank of the Cascades

cc: ECF Participants

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2014, I caused to be served the foregoing ORDER GRANTING MOTION FOR REMAND AND DENYING MOTION FOR CHANGE OF VENUE on the following party at the following address by the court's CM/ECF service:

- BRIANNE L BRIDEGUM bbridegum@schwabe.com, gvance@schwabe.com;docket@schwabe.com;ecfpdx@schwabe.com
- ANTHONY J DAL PONTE tdalponte@samuelslaw.com
- PRESTON GARDNER pgardner@davismiles.com, jstoner@davismiles.com;pmcguire@davismiles.com;efile.dockets@davismiles.com
- CRAIG G RUSSILLO crussillo@schwabe.com, lschauer@schwabe.com;docket@schwabe.com;ecfpdx@schwabe.com;bankruptcynotices@schwabe.com

/s/ Craig G. Russillo

Craig G. Russillo

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
360 SW Bond Street, Suite 400
Bend, OR 97702
Telephone: 541.749.4044